Andrew Gebelt  
6134 NE 203rd St.  
Kenmore, WA 98028  
425-398-2778  

Honorable Timothy W. Dore  
United States Bankruptcy Judge  
Hearing Date: May 29, 2015  
Hearing Time: 9:30 AM  
Location: United States Courthouse  
Room 8106  
700 Stewart St.  
Seattle, WA 98101  
Response Date: May 22, 2015  

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON AT SEATTLE  

In re:

Charlene Joy Keys,

    Debtor.

) Chapter 7  
)  
)  
) No. 15-11227-TWD  
)  
)  
) MOTION TO WITHDRAW AS COUNSEL  
) FOR DEBTOR  

MOTION

Counsel for Debtor, Charlene Joy Keys, hereby moves This Honorable Court that Andrew Gebelt be permitted to withdraw as counsel for Debtor in this Chapter 7 case, and in any other proceeding connected to this Chapter 7 case now that counsel has performed his duties under contract to Debtor and due to irreconcilable differences going forward.

DATED THIS 27th DAY OF APRIL, 2015

Presented by

_/s/ Andrew Gebelt_____  
Andrew Gebelt  Attorney for Debtor  
WSBA #32235  

Motion To Withdraw - 1

Law Office of Andrew Gebelt  
6134 NE 203rd St.  
Kenmore, WA 98028  
425-398-2778