**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 15-11227 |
| ) | |
| CHARLENE JOY KEYS ) | ORDER AUTHORIZING SALE |
| ) | OF RESIDENTIAL REAL PROPERTY |
| ) | FREE AND CLEAR OF LIENS |
| ) | AND ENCUMBRANCES |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |

THIS MATTER having come before the court this day on the trustee's motion for an order to sell residential real property; notice having been given to creditors and other interested parties; the bankruptcy estate having paid a filing fee to file the motion; the Court considered the motion, and the records and files herein; and no objection having been made, now therefore,

IT IS HEREBY ORDERED as follows:

1. The Trustee is authorized, subject to the approval of Nationstar Mortgage, or its successors or affiliates, to sell, pursuant to 11 U.S.C. 363(f), the estate's interest in certain residential real property, commonly known as 23630 SE 440th Street, Enumclaw, Washington, free and clear of liens and encumbrances, to Travis Mallery and Teri Mallery for the sum of $375,000, or such higher sum as may be negotiated or adjusted to accomplish a sale.

2. The property is legally described as set forth on Exhibit A attached hereto and incorporated herein by this reference.

ORDER AUTHORIZING SALE
OF REAL PROPERTY -1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

3. The terms of sale shall be subject to the buyers obtaining financing with all cash at closing. The buyers are good faith purchasers for value. The sale by the bankruptcy estate shall be "as is" with no warranties, express or implied.

4. Liens, if any, against the property shall attach to the proceeds of sale in the same amount and priority as they existed at the time of the bankruptcy filing. From the proceeds of sale, the Trustee is authorized to pay, subject to the Trustee's review of a title report and documentation of claims, a a first lienholder claim by Nationstar Mortgage, or its successors or affiliates, in the sum of $340,199 or such higher sum as may be negotiated or adjusted to accomplish a sale.

5. The bankruptcy estate shall receive the sum of $20,000 as a buyer's premium, paid by the buyers in addition to the purchase price, as part of the terms of sale, or such higher sum as may be negotiated or adjusted to accomplish a sale.

6. At least one-half of the funds received by the bankruptcy estate from the sale proceeds shall be distributed to pre-petition priority and general unsecured creditors. If those creditors are paid in full, any remaining funds may be available for administrative expenses.

7. The encumbrances and estimated claim amounts against the property are as follows:

(1) Nationstar Mortgage, or its successors or affiliates; $351,000
(2) Green Tree Servicing, or its successors or affiliates; $38,910

8. As part of the sale, the Trustee is authorized to incur ordinary costs of sale, escrow fees, title insurance, real estate commission charges of six percent of the gross sale price, payment of excise tax and any delinquent real property taxes, and other closing charges.

9. The bankruptcy estate is further authorized to pay charges for changes in locks and unpaid utility charges, including utility liens for charges incurred over several months, and for a septic certification. If no source is available, the trustee may pay such charges from the buyer's premium.

10. Upon closing of the sale, the trustee is authorized to be reimbursed for the filing fee in the sum of $176 from the buyer's premium paid to the bankruptcy estate as net sale proceeds.

11. The automatic stay under Federal Rule of Bankruptcy Procedure 6004(h) shall not apply to the transaction approved in this order.

// // END OF ORDER // //

ORDER AUTHORIZING SALE
OF REAL PROPERTY -2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7785 FACSIMILE

Presented by:

*/s/ Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

ORDER AUTHORIZING SALE
OF REAL PROPERTY -3

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

Case 15-11227-TWD    Doc 78    Filed 03/01/16    Ent. 03/01/16 15:49:59    Pg. 3 of 4

## Exhibit A

Real property in the County of King, State of Washington, described as follows:

THAT PORTION OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 22, TOWNSHIP 20 NORTH, RANGE 6 EAST, W.M., IN KING COUNTY, WASHINGTON, DESCRIBED AS FOLLOWS:

BEGINNING AT THE CENTER OF SECTION 22;
THENCE EAST ALONG THE EAST AND WEST CENTERLINE
454 FEET; THENCE NORTH 210 FEET; THENCE EAST 74
FEET;
THENCE NORTH 118 FEET;
THENCE WEST 116 FEET;
THENCE NORTH TO THE NORTH LINE OF THE NORTHWEST CORNER
THEREOF; THENCE SOUTH ALONG THE WEST LINE TO THE POINT OF
BEGINNING;

EXCEPT ROADS ALONG THE SOUTH AND WEST
LINES; AND EXCEPT THE NORTH 570 FEET
THEREOF.

Tax Parcel Number: 222006911408

Situs Address: 23630 Southeast 440th Street, Enumclaw, WA 98022